STATE v. MEDLIN.

January 12, 1960, when the replevy bond was filed. The jury answered $4,500. Judgment was drawn, fixing the rights of the parties based on the jury's finding and taking into account stipulated matters. The defendant excepted and appealed.

*Francis M. Fletcher, Jr., for plaintiff, appellee.*
*Neill McK. Ross; Boyle, Alexander & Wade, for defendant, appellant.*

---

### STATE v. CALVIN MEDLIN.

(Filed 10 October 1962.)

APPEAL by defendant from *Burgwyn, E. J.*, March-April Criminal Term 1962 of WILSON.

Criminal prosecution on warrant charging that defendant, on Sunday, November 5, 1961, at 12:30 a.m., on U.S. 301, in Wilson County, "did unlawfully and willfully operate a motor vehicle upon the public streets or highways while under the influence of some intoxicating liquor," in violation of G.S. § 20-138.

Upon trial *de novo* in superior court, on appeal by defendant from conviction and judgment in the General County Court of Wilson County, the jury returned a verdict of guilty, and judgment, "that the defendant pay a fine of $100.00 and costs," was pronounced. Defendant excepted and appealed.

*Attorney General Bruton and Assistant Attorney General Jones for the State.*
*Robert A. Farris and Allen G. Thomas for defendant appellant.*

PER CURIAM. The evidence, when considered in the light most favorable to the State, was sufficient to warrant submission to the jury and to support the verdict and judgment. Indeed, this is not challenged by defendant. Defendant assigns as error (1) certain rulings, questions and remarks of the presiding judge during the taking of evidence, and (2) certain portions of the court's instructions to the jury. Each of defendant's assignments has received careful consideration. However, none discloses prejudicial error and particular discussion thereof is deemed unnecessary. Hence, defendant's assignments are overruled.

No error.